UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CHANTHA CHHOT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:17-cv-00523-VEH-SGC |
| | ) |
| JEFFERSON SESSIONS, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Amended Motion to Dismiss as Moot, filed May 10, 2017. (Doc. 8). In the motion, Respondents note Petitioner was released from ICE custody on May 9, 2017, pursuant to an Order of Supervision. (*Id.* at 2; *see* Doc. 8-1 at 1). Because Petitioner has been released, Respondents contend this case is due to be dismissed as moot.

On April 3, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Thailand. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness

doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** and **ORDERED** this 22nd day of May, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge